**EXHIBIT 2:** INFRINGEMENT

URL: https://www.blackenterprise.com/debate-ensues-at-new-jersey-law-school-after-white-student-quotes-n-word/

