USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _09/26/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Richard Harbus,

                Plaintiff,

-against-

Earl G. Graves, Ltd. d/b/a Black Enterprise,

                Defendant.

24 Civ. 3912 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By stipulation dated August 20, 2024, the parties extended Defendant's time to move or otherwise respond to Plaintiff's complaint to September 20, 2024. ECF Nos. 17–18. That date has passed, and Defendant has not answered the complaint. Accordingly, Defendant shall answer or otherwise respond to the complaint by **October 10, 2024**.

      SO ORDERED.

Dated: September 26, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge